LATHAM & WATKINS LLP
　　Patrick E. Gibbs (Bar No. 183174)
　　Matthew Rawlinson (Bar No. 231890)
　　Ming M. Zhu (Bar No. 291364)
140 Scott Drive
Menlo Park, California 94025
Telephone: 650.328.4600
Facsimile: 650.463.2600
*patrick.gibbs@lw.com*
*matt.rawlinson@lw.com*
*ming.zhu@lw.com*

LATHAM & WATKINS LLP
　　Melanie M. Blunschi (Bar No. 234264)
505 Montgomery Street, Suite 2000
San Francisco, California, 94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
*melanie.blunschi@lw.com*

Attorneys for Defendants
W. MICHAEL BARNES, RICHARD A. BERGMAN,
JOHN E. CALDWELL, HENRY WK CHOW,
BRUCE L. CLAFLIN, NICHOLAS M. DONOFRIO,
JOHN R. HARDING, RORY R. READ, THOMAS J.
SEIFERT, LISA T. SU and Nominal Defendant
ADVANCED MICRO DEVICES, INC.

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER HAMILTON and DAVID HAMILTON, derivatively, on behalf of ADVANCED MICRO DEVICES, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>W. MICHAEL BARNES, RICHARD A. BERGMAN, JOHN E. CALDWELL, HENRY WK CHOW, BRUCE L. CLAFLIN, NICHOLAS M. DONOFRIO, JOHN R. HARDING, RORY R. READ, THOMAS J. SEIFERT and LISA T. SU, <br><br>　　　　　Defendants, <br><br>　　and <br><br>ADVANCED MICRO DEVICES, INC. <br>　　　　　Nominal Defendant. | CASE NO. 4:15-cv-01890-YGR <br><br>**CORRECTED STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY STAY CIVIL ACTION** <br><br>Judge: Hon. Yvonne Gonzalez Rogers <br>Date: June 17, 2015 <br>Time: 2:00 PM <br>Dept: Courtroom 1, 4th Floor Oakland |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

CORRECTED STIPULATION AND [PROPOSED]
ORDER TO TEMPORARILY STAY CIVIL ACTION
CASE NO. 4:15-cv-01890-YGR

1

WHEREAS, on April 27, 2015, plaintiffs Christopher Hamilton and David Hamilton ("Plaintiffs") filed a shareholder derivative complaint ("Complaint") on behalf of Advanced Micro Devices, Inc. ("AMD" or the "Company") alleging breach of fiduciary duty, waste of corporate assets, and unjust enrichment against certain of the Company's officers and directors (collectively with AMD, the "Defendants") (Plaintiffs and Defendants are collectively referred to herein as the "Parties");

WHEREAS, a securities fraud class action captioned *Hatamian, et al. v. Advanced Micro Devices, Inc., et al.*, No. 3:14-cv-00226-YGR is currently pending in the U.S. District Court for the Northern District of California (the "Securities Action") which asserts federal claims arising from facts common to this action;

WHEREAS, there is a related derivative action pending in the Superior Court of California the County of Santa Clara ("State Court Action") captioned *Wessels v. Read, et al.*, Case No. 1:14-cv-262486, which asserts claims arising from facts common to this action;

WHEREAS, the State Court Action, including all discovery, has been stayed pending the resolution of the Securities Action; and

WHEREAS, based on the unique circumstances of the instant action, and in light of Defendants' agreement to provide Plaintiffs with reasonably prompt access to discovery produced by defendants in the Securities Action, and to invite Plaintiffs to participate in mediation, the Parties agree that it is in the best interests of the Company to stay this action, as set forth below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants, through their undersigned counsel of record and subject to the approval of the Court, in accordance with Civil Local Rules 6-2 and 7-12, as follows:

1. This action, including all deadlines and hearings, is hereby temporarily stayed pending the resolution of the Securities Action;

2. The case management conference scheduled for June 17, 2015 is vacated;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

CORRECTED STIPULATION AND [PROPOSED]
ORDER TO TEMPORARILY STAY CIVIL ACTION
CASE NO. 4:15-cv-01890- YGR

3. Within thirty (30) days of the resolution of the Securities Action, the Parties shall meet and confer and submit a proposed schedule to the Court for further proceedings in this action;

4. Subject to the entry of an appropriate protective order or confidentiality agreement, Defendants agree to promptly provide Plaintiffs, with undersigned Counsel at Schubert Jonckheer & Kolbe LLP designated as Plaintiffs' receiving agent, with copies of all discovery produced by defendants to the plaintiffs in the Securities Action after such discovery is produced to the plaintiffs in the Securities Action by defendants, including all transcripts of depositions taken in the Securities Action, except to the extent such deposition transcripts or portions thereof have been designated as confidential by a party other than Defendants. For purposes of clarity, Defendants do not agree to and shall not provide Plaintiffs with any discovery produced by the plaintiffs or by any existing or future third parties in the Securities Action, including any transcripts of third-party depositions taken in the Securities Action;

5. Defendants agree to provide Plaintiffs with reasonable advance notice of any mediation that takes place in regards to the Securities Action or any other factually related shareholder action and further agree that Plaintiffs shall be invited to participate in any such mediation;

6. The composition of AMD's Board of Directors that will be considered in connection with determining whether Plaintiffs have pled facts sufficient to raise a reasonable doubt that a pre-litigation demand on the Company's Board of Directors would have been futile shall be the composition of the Board of Directors as of April 27, 2015, the date this action was initiated; and

7. By entering into this Stipulation, the Parties do not waive any rights not specifically addressed herein, including the right to pursue formal discovery and/or file any motion that any Party deems appropriate once this action is no longer temporarily stayed.

| | | |
|---|---|---|
| Dated: June 3, 2015 | | SCHUBERT JONCKHEER & KOLBE LLP |

By: */s/ Robert C. Schubert* [with permission]
　　Robert C. Schubert (Bar No. 62684)

Willem F. Jonckheer
Miranda P. Kolbe
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: 415.788.4220
Facsimile: 415.788.0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com
mkolbe@schubertlawfirm.com

*Attorneys for Plaintiffs*

Dated: June 3, 2015　　　　　　　　　LATHAM & WATKINS LLP

By: */s/ Melanie M. Blunschi*
　　Melanie M. Blunschi (Bar No. 234264)

Patrick E. Gibbs
Ming M. Zhu
140 Scott Drive
Menlo Park, CA 94025
Telephone: 650.328.4600
Facsimile: 650.463.2600
patrick.gibbs@lw.com
melanie.blunschi@lw.com
ming.zhu@lw.com

*Attorneys for Defendants*

## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

June 4, 2015
Date　　　　　　　　　　　　　　　Honorable Yvonne Gonzalez Rogers
　　　　　　　　　　　　　　　　　United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

CORRECTED STIPULATION AND [PROPOSED]
ORDER TO TEMPORARILY STAY CIVIL ACTION
CASE NO. 4:15-cv-01890- YGR

4

# ELECTRONIC CASE FILING ATTESTATION

I, Melanie M. Blunschi, am the ECF User whose ID and password are being used to file this Corrected Stipulation and [Proposed] Order to Stay Action. Pursuant to Local Rule 5-1 of the Northern District of California, I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: June 3, 2015                      LATHAM & WATKINS LLP

By: */s/ Melanie M. Blunschi*

Melanie M. Blunschi
*Attorney for Defendants*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

5

CORRECTED STIPULATION AND [PROPOSED]
ORDER TO TEMPORARILY STAY CIVIL ACTION
CASE NO. 4:15-cv-01890- YGR