# UNITED STATES DISTRICT COURT
# николаNORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER HAMILTON, ET AL.,** | CASE NO. 15-cv-01890-YGR |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE: SANCTIONS** |
| vs. | Re: Dkt. No. 32 |
| **ADVANCED MICRO DEVICES, ET AL.,** | |
| Defendants. | |

**TO NOMINAL DEFENDANT ADVANCED MICRO DEVICES, INC., DEFENDANTS W. MICHAEL BARNES, RICHARD A. BERGMAN, JOHN E. CALDWELL, HENRY WK CHOW, BRUCE L. CLAFLIN, NORA M. DENZEL, NICHOLAS M. DONOFRIO, MARTIN L. EDELMAN, JOHN R. HARDING, JOSEPH A. HOUSEHOLDER, MICHAEL J. INGLIS, RORY P. READ, THOMAS J. SEIFERT, LISA T. SU, AND AHMED YAHIA, AND THEIR COUNSEL OF RECORD, MATTHEW RAWLINSON, AND LATHAM & WATKINS LLP**:

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** why you should not be sanctioned in the amount of the attorneys' fees incurred by derivative plaintiffs Christopher Hamilton, *et. al.*, in connection with their administrative motion to strike (Dkt. No. 38) for your failure to comply with this Court's June 4, 2015, Corrected Stipulation Order And Order To Temporarily Stay Civil Action, by filing the pending motion to dismiss without first obtaining relief from the stay. (Dkt. No. 32.)

A hearing on this Order to Show Cause will be held on **Friday, February 2, 2018,** on the Court's **9:01a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

By no later than **Friday, January 26, 2018**, defendants and their counsel shall file a written response to this Order to Show Cause. If the Court is satisfied with the response, it may vacate the hearing on the Order to Show Cause. Otherwise, counsel Matthew Rawlinson shall personally appear at the hearing. Neither a special appearance nor a telephonic appearance will

be permitted.  Failure to file a written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED.**

Dated: January 18, 2018

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**