**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTOPHER HAMILTON, ET AL.,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**ADVANCED MICRO DEVICES, ET AL.,**<br><br>    Defendants. | **Case No.: 15-CV-1890 YGR**<br><br>**ORDER TO SHOW CAUSE RE: RELATING, CONSOLIDATING, OR COORDINATING CASES** |
| **JAKE HA,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**JOHN E. CALDWELL, ET AL.,**<br><br>    Defendants | **Case No. 15-CV-4485 YGR** |

**TO: PLAINTIFFS CHRISTOPHER HAMILTON AND DAVID HAMILTON, AND DEFENDANTS ADVANCED MICRO DEVICES, *ET AL.*, AND THEIR COUNSEL OF RECORD IN CASE NO. 15-CV-1890 YGR; AND PLAINTIFF JAKE HA, AND DEFENDANTS JOHN E CALDWELL, *ET AL.*, AND THEIR COUNSEL OF RECORD IN CASE NO. 15-CV-4485 YGR:**

You are **ORDERED TO SHOW CAUSE** why the above-captioned actions should not be related, consolidated, or coordinated. The parties for both actions shall submit a **joint** statement of no more than five pages addressing their positions on whether these actions should be consolidated or coordinated for purposes of motion practice, discovery, pretrial deadlines, and/or trial. The joint statement shall be filed no later than **February 16, 2018**.

**IT IS SO ORDERED**.

Date: February 6, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**