**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTOPHER HAMILTON, ET AL.,**<br><br>     Plaintiffs,<br><br>vs.<br><br>**ADVANCED MICRO DEVICES, ET AL.,**<br><br>     Defendants. | **Case No.: 15-CV-1890 YGR**<br><br>**ORDER DISMISSING FIRST AMENDED COMPLAINTS** |
| **JAKE HA,**<br><br>     Plaintiffs,<br><br>vs.<br><br>**JOHN E. CALDWELL, ET AL.,**<br><br>     Defendants. | **Case No. 15-CV-4485 YGR** |

On September 20, 2018, the Court denied Plaintiffs' Administrative Motion for Enlargement of Time to File Second Amended Complaint but allowed plaintiffs Hamilton and Ha limited additional time to file second amended complaints.  (*Hamilton* Dkt. No. 83; *Ha* Docket No. 53).  Plaintiffs' original deadline for filing their Second Amended Complaints was September 11, 2018, and the Court extended that time to September 26, 2018, with the express admonition that "[f]ailure to file a second amended complaint by that date will result in dismissal of the action." (*Id.* at 5.)

As of the date of this order, neither plaintiff in the above-captioned actions has filed a Second Amended Complaint.  The above-captioned actions are, therefore, **DISMISSED**.

**IT IS SO ORDERED**.

Date: October 4, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**