1
2
3
4
5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

7

DAVID HAMILTON, derivatively, on behalf of ADVANCED MICRO DEVICES, INC.,

CASE NO. 4:15-cv-01890-YGR

8

Plaintiff,

**[PROPOSED] JUDGMENT FOLLOWING ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

9

v.

10

11

W. MICHAEL BARNES, *et al.*,
Defendants,
and

12

13

ADVANCED MICRO DEVICES, INC.,
Nominal Defendant.

14

For the reasons set forth in the Court's Order of Dismissal, dated April 5, 2021, Dkt. No.

15

107, **IT IS ORDERED AND ADJUDGED** that Plaintiff take nothing and that the action be

16

dismissed in accordance with the Court's Order.

17

Dated:  April 15, 2021

18

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

19
20
21
22
23
24
25
26
27
28